**Order entered November 18, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01205-CV

## IN THE INTEREST OF E. H., A MINOR CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-18908**

## ORDER

Before the Court is the Office of the Attorney General of Texas's November 6, 2020 second motion to extend time to file its appellee's response brief and November 16, 2020 letter informing the Court that, after reviewing the record, it has determined "it has no role in this case" and will not be filing a brief. Accordingly, we **DENY** the motion as moot.

As appellant's brief has been on file for more than thirty days and no other appellee has filed a response brief or sought an extension of time to file a brief, it appears the appeal is at issue and will be submitted in due course.

/s/     ERIN A. NOWELL
   JUSTICE